726 So.2d 330 (1999)
William Burke HARRIS, Appellant,
v.
STATE of Florida, Appellee.
No. 97-2795
District Court of Appeal of Florida, Fifth District.
January 15, 1999.
James B. Gibson, Public Defender, and Dee Ball, Assistant Public Defender, Daytona Beach, for Appellant.
Robert A. Butterworth, Attorney General, Tallahassee, and Anthony J. Golden, Assistant Attorney General, Daytona Beach, for Appellee.

ON MOTION FOR CERTIFICATION
PER CURIAM.
We grant the motion for certification and certify conflict with State v. Wells, ___ So.2d ___, 23 Fla. L. Weekly D2000 (Fla. 2d DCA Aug. 26, 1998), State v. Alleman, ___ So.2d ___, 23 Fla. L. Weekly D2000 (Fla. 2d DCA Aug. 26, 1998), State v. Perry, 716 So.2d 327 (Fla. 2d DCA 1998) and State v. Holland, 689 So.2d 1268 (Fla. 1st DCA 1997). We are consistent with State v. Baxley, 684 So.2d 831 (Fla. 5th DCA 1996), rev. den., 694 So.2d 737 (Fla.1997); Johnson v. State, ___ So.2d ___, 1998 WL 74612, 23 Fla. L. Weekly D2419 (Fla. 4th DCA Oct.28, 1998) and State v. Hayes, 720 So.2d 1095, 23 Fla. L. Weekly D2184 (Fla. 4th DCA Sep. 23, 1998).
DAUKSCH, GOSHORN and ANTOON, JJ., concur.